# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6663 | **DATE** | 1/24/2008 |
| **CASE TITLE** | Central States vs. Kristi's Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/29/2008 is vacated. After a careful review of the case docket, the Court hereby enters a default against defendant Kristi's Trucking, Inc. for failure to timely appear, answer or otherwise plead to the complaint. The Court will retain jurisdiction to consider a specific default judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|