AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Kristi's Trucking, Inc., an Illinois corporation,
(Defendant).

CASE NUMBER: **07CV6663**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

Kristi's Trucking, Inc.
c/o Kristi Ann Reiss - Registered Agent
954 Bend Road
Dixon, IL 61021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy C. Reuter, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

**NOV 27 2007**
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 2, 2008 |
| NAME OF SERVER (PRINT)  Jared Yater | TITLE  Corporal - Civil Process Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

Lee Co. Sheriff's Business Office, 306 S. Hennepin Ave., Dixon, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.00 | $20.00 | $21.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-02-08
            Date

Signature of Server

306 S. Hennepin Avenue, Dixon, Illinois 61021
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure