IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6663 ) |
| v. | ) Judge Castillo ) |
| KRISTI'S TRUCKING, INC., an Illinois corporation, | ) Magistrate Judge Keys ) ) |
| Defendant. | ) |

### AFFIDAVIT OF TIMOTHY REUTER

State of Illinois    )
                     ) SS
County of Cook    )

I, Timothy Reuter, having been fully sworn on oath, depose and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund (hereinafter referred to as the "Fund") and I am familiar with the pending litigation.

2. I have reviewed Central States billing records (attached as Exhibit 1 to this affidavit) and have determined that the work performed in connection with this case was performed by myself (TCR), and Deborah Bolden (DRB) paralegal. I was admitted to

F:251432 / 07411504 / 1/29/08                -1-

the bar of the State of Illinois on May 8, 2003.

3. I believe that a reasonable rate for the aforementioned services is $150.00 per hour for work performed by myself. I believe a reasonable rate for the aforementioned services is $90.00 per hour for work performed by Deborah Bolden. On that basis, the total of legal fees incurred in this matter is $675.00 (4.2 hours x $150.00 per hour for myself, and .5 hours x $90.00 per hour for Deborah Bolden).

4. The Fund has also incurred the following costs (detailed in Exhibit 1 to this affidavit) in connection with this litigation:

    Costs          $350.00

5. I believe that the aforementioned costs were necessarily incurred and are reasonable in amount.

| | |
|---|---|
| Attorney Fees | $ 675.00 |
| Costs | $ 350.00 |
| TOTAL | $1025.00 |

Further Affiant Sayeth Not.

_____
Timothy C. Reuter

Subscribed and sworn to before me,
a Notary Public, this 29th
day of January, 2008.

_____
Notary Public

Official Seal
Debbie R Bolden
Notary Public State of Illinois
My Commission Expires 06/06/2009

# Exhibit 1

| 1/29/2008 | Central States Funds | |
|---|---|---|
| 8:36 AM | Pre-bill Worksheet | Page    1 |

---

Selection Criteria

---

Cont.Selection     Include: 07411504

---

Nickname    07411504 | Kristi's Trucki
Full Name   Kristi's Trucking, Inc II
Address     07411504
            WLL
            2

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/27/2007<br>170900 | TCR<br>Activity<br>Review file; file Complaint. | 150.00 | 1.80 | 270.00 | Billable |
| 11/28/2007<br>170556 | DRB<br>Activity<br>Prepare cover letter to lee County Sheriff's department for service of summons and complaint; prepare for overnight mail delivery. | 90.00 | 0.50 | 45.00 | Billable |
| 1/3/2008<br>171015 | TCR<br>Activity<br>Check on service. | 150.00 | 0.80 | 120.00 | Billable |
| 1/7/2008<br>171044 | TCR<br>Activity<br>Rule 26 disclosures. | 150.00 | 1.10 | 165.00 | Billable |
| 1/8/2008<br>171047 | TCR<br>Activity<br>File Return of Service. | 150.00 | 0.50 | 75.00 | Billable |
| TOTAL | Billable Fees | | 4.70 | | $675.00 |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 11/27/2007<br>169299 | TCR<br>Expenses<br>Clerk of the Court, U.S. District Court, Northern District of Illinois<br>Complaint Filing Fee. | 350.00 | 1.000 | 350.00 | Billable |
| TOTAL | Billable Costs | | | | $350.00 |

1/29/2008  
8:36 AM  

Central States Funds  
Pre-bill Worksheet  

Page 2

07411504:Kristi's Trucking, Inc II (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $675.00 |
| Total of Costs (Expense Charges) |  | $350.00 |
| Total new charges |  | $1,025.00 |
| Total New Balance |  | $1,025.00 |