**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, )<br><br>Plaintiffs, )<br><br>v. )<br><br>KRISTI'S TRUCKING, INC., an Illinois corporation, )<br><br>Defendant. ) | ) Case No. 07 C 6663<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Keys |

**NOTICE OF MOTION**

TO:  Kristi's Trucking, Inc.
     Kristi Ann Reiss- Registered Agent
     954 Bend Road
     Dixon, Illinois  61021

   PLEASE TAKE NOTICE that on Tuesday, February 5, 2008 at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Castillo, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present Plaintiffs' Motion for Entry of Judgment by Default.

                                       Respectfully submitted,


                                       /s/ Timothy C. Reuter
                                       Timothy C. Reuter

F:251583 / 07411504 / 1/30/08

## CERTIFICATE OF SERVICE

I, Timothy C. Reuter, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Funds, certify that I served the foregoing Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment on Defendant by mailing said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment to:

> Kristi's Trucking, Inc.
> Kristi Ann Reiss- Registered Agent
> 954 Bend Road
> Dixon, Illinois  61021

Said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment was sent via UPS overnight delivery, tracking number 1Z 395 1X9 22 1010 5542, from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 30th day of January, 2008.

> /s/ Timothy C. Reuter
> Timothy C. Reuter
> One of Central States' Attorneys