# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6663 | DATE | 2/5/2008 |
| CASE TITLE | Central States vs. Kristi's Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/5/2008. Plaintiffs' motion for entry of default and default judgment [13] is granted. Enter Judgment Order. Judgment is entered in favor of the Plaintiffs and against defendant Kristi's Trucking, Inc. in the total amount of $204,330.86. The Court will retain jurisdiction to enforce the Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: RO