## United States District Court for the Northern District of Illinois

Case Number: 07CV6663              Assigned/Issued By: J. N.

Judge Name: _____       Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☒ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☒ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                        _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

1 Original and 1 copies on 3/28/08 as to FIRST NATIONAL BANK IN AMBOY
                          (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05