UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND et al., Plaintiffs, -vs- KRISTI'S TRUCKING, INC., Defendant, and FIRST NATIONAL BANK IN AMBOY Garnishee-Defendant. | 07 c 6663<br><br>CASE NO.　07 C 6663<br>JUDGE CASTILLO |

**FILED**

APR 1 4 2008　PH
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### INTERROGATORIES TO GARNISHEE

1. When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

    ANSWER:　__Yes__
    　　　　　　(Yes or No)

2. If your answer is yes, describe the property:

    DDA　$2,132.32

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

    ANSWER:　__Yes__
    　　　　　　(Yes or No)

4. If your answer is yes, state:

    Description:　__Demand Deposit Account__

    Amount:　$ __2,132.32__

    Date Due:　__On Demand__

**AFFIDAVIT**

__/s/ Brenda A. Todd__ on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST and )
SOUTHWEST AREAS PENSION FUND, et al., )
)
Plaintiffs, )
)
-vs- )   CASE NO.   07 C 6663
)   JUDGE CASTILLO
KRISTI'S TRUCKING, INC. )
)
Defendant, )
)
and )
)
FIRST NATIONAL BANK IN AMBOY )
)
Garnishee-Defendant. )

**RECEIVED**
MAR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Timothy C. Reuter, on oath states:

1. Judgment was entered on February 5, 2008, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall and against judgment debtor(s) Kristi's Trucking, Inc., for $204,330.86 and costs.

2. $_____-0-_____ has been paid on judgment.

3. There is unpaid on the judgment:

   $204,330.86 principal

   $   -0-    cost

   $ 1,325.08 interest

   **$205,655.94   TOTAL**

4. I believe garnishee **First National Bank in Amboy** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: _March 27_, 2008

NAME:                Timothy C. Reuter
ATTORNEY FOR:        Central States Funds, et al.
ADDRESS:             9377 West Higgins Road
CITY:                Rosemont, Illinois 60018-4938
TELEPHONE:           (847)518-9800, Ext. 3481