UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND et al., Plaintiffs, <br><br> -vs- <br><br> KRISTI'S TRUCKING, INC., Defendant, <br><br> and <br><br> FIRST NATIONAL BANK IN AMBOY <br><br> Garnishee-Defendant. | CASE NO.   07 C 6663 <br> JUDGE CASTILLO |

## INTERROGATORIES TO GARNISHEE

1.  When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

    ANSWER:  __Yes__
    (Yes or No)

2.  If your answer is yes, describe the property:

    DDA  $2,132.32

3.  When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

    ANSWER:  __Yes__
    (Yes or No)

4.  If your answer is yes, state:

    Description:  Demand Deposit Account

    Amount:  $ 2,132.32

    Date Due:  On Demand

## AFFIDAVIT

__Brenda S. Todd__ on oath states that the answers to the interrogatories are true.

EXHIBIT  A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST and SOUTHWEST AREAS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> KRISTI'S TRUCKING, INC. <br><br> Defendant, <br><br> and <br><br> FIRST NATIONAL BANK IN AMBOY <br><br> Garnishee-Defendant. | CASE NO.   07 C 6663 <br> JUDGE CASTILLO <br><br> RECEIVED <br> MAR 28 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Timothy C. Reuter, on oath states:

1. Judgment was entered on February 5, 2008, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall and against judgment debtor(s) Kristi's Trucking, Inc., for $204,330.86 and costs.

2. $___-0-___ has been paid on judgment.

3. There is unpaid on the judgment:

   $204,330.86  principal

   $   -0-   cost

   $ 1,325.08   interest

   **$205,655.94  TOTAL**

4. I believe garnishee **First National Bank in Amboy** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: _March 27_, 2008

_/s/ Timothy C. Reuter_

NAME: Timothy C. Reuter
ATTORNEY FOR: Central States Funds, et al.
ADDRESS: 9377 West Higgins Road
CITY: Rosemont, Illinois 60018-4938
TELEPHONE: (847)518-9800, Ext. 3481

F:38432 / FORMS / 3/27/08                -1-