**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | )<br>)<br>) |
| Plaintiffs, | ) Case No.  **07 C 6663** |
| v. | ) Judge Castillo |
| KRISTI'S TRUCKING, INC., an Illinois corporation, | )<br>) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Kristi's Trucking Inc.        First National Bank In Amboy
     Kristi Reiss                  220 E. Main Street
     954 Bend Road                 Amboy, IL 61310
     Dixon, Illinois  61021

    PLEASE TAKE NOTICE that on Tuesday, April 22, 2008 at the hour of 9:45 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Castillo, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present Plaintiffs' Motion for Release of Funds.

                                                Respectfully submitted,


                                                 /s/ Timothy C. Reuter

                                                Timothy C. Reuter


F:259664 / 07411504 / 4/17/08