Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6663 | DATE | 4/22/2008 |
| CASE TITLE | Central States vs. Kristi's Trucking, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/22/2008. Plaintiffs' motion for release of funds [19] is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|