

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, )
and HOWARD McDOUGALL, Trustee, )
                                                      )
                     Plaintiffs, ) Case No.   **07 C 6663**
                                                      )
                v.                                     )     Judge Castillo
                                                      )
KRISTI'S TRUCKING, INC., )
an Illinois corporation, )
                                                      )
                   Defendant. )

## ORDER

IT IS HEREBY ORDERED that the First National Bank In Amboy release $2,132.32 to Plaintiffs by mailing a check in said amount made payable to Central States, Southeast and Southwest Areas Pension Funds to the following address within 14 days of the entry of this Order:

        Central States Law Department
        Attention: Timothy C. Reuter
        9377 W. Higgins Road
        Rosemont, IL  60018-5123

_4/22/08_
Date

_____
United States District Judge

F:259617 / 07411504 / 4/18/08